UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL MIGUEL MARTINEZ,<br>        Petitioner,<br><br> v.<br><br>TIPTON,<br>        Respondent.<br>_____/ | 1:08-cv-360 AWI-TAG (HC)<br><br>ORDER REQUIRING PETITIONER TO INFORM THE COURT WHETHER HE WILL CONSENT TO JURISDICTION OF THE MAGISTRATE JUDGE |

Petitioner is a state prisoner proceeding pro se with a habeas corpus action pursuant to 28 U.S.C. § 2254. On March 14, 2008, the Clerk of the Court mailed a consent/decline form to petitioner, with information and instructions for informing the Court whether he would consent to Magistrate Judge jurisdiction. Petitioner has not returned the consent/decline form.

Accordingly, petitioner is ORDERED to tell the Court whether he will consent to Magistrate Judge Jurisdiction. Petitioner must complete and return the consent/decline form within thirty (30) days. Failure to follow this order will result in a recommendation that this action be dismissed pursuant to Local Rule 11-110.

The Clerk of the Court is DIRECTED to send to petitioner another copy of the consent/decline form and the instructions for consent to Magistrate Judge jurisdiction.

IT IS SO ORDERED.

Dated: **July 17, 2008**               **/s/ Theresa A. Goldner**
                                                                UNITED STATES MAGISTRATE JUDGE